**Appeal Dismissed and Memorandum Opinion filed March 14, 2023.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-22-00745-CV

### LAKEESHA  NICOLE  HAMPTON, Appellant

### V.

### RAYLA  TANAE  THORNTON, Appellee

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-54001**

## MEMORANDUM  OPINION

This appeal is from a protective order signed September 19, 2022. *See* Tex. Fam. Code Ann. § 81.009(a). The clerk's record was filed, November 28, 2022. The reporter's record was filed November 14, 2022. No brief was filed.

On January 10, 2023, this court issued an order stating that unless appellant filed a brief on or before February 9, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Jewell and Spain.